UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julio C.F.,

Petitioner,

v.

Todd Blanche, *Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

File No. 26-cv-4358 (ECT/EMB)

**ORDER**

---

On October 11, 2026, Petitioner Julio C.F. filed a Verified Petition for Writ of Habeas Corpus, seeking his release from custody or alternatively, a bond hearing. *See* ECF No. 1. Respondents failed to timely answer the Petition or request an extension of the deadline to answer. *See* ECF No. 4 (ordering Respondents to file an answer "by October 26, 2026"). On October 27, 2026, Magistrate Judge Elsa M. Bullard filed a Report and Recommendation, recommending that Julio's petition be granted and that Julio be released from custody with all his personal effects and without conditions. *See* ECF No. 5. On October 28, 2026, Respondents filed a Status Report, stating that Julio "was released from ICE/ERO Custody with all property and without conditions" that same day. ECF No. 6. Accordingly, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **REJECTED AS MOOT**; and

2. Petitioner Julio C.F.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 4, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court